UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAULA ANDERSON,

           Plaintiff,

    v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

           Defendant.

No. C17-0351RSL

ORDER OF REMAND

On March 6, 2017, defendant removed this action to federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. The Court ordered defendant to show cause why the case should not be dismissed for lack of subject matter. After obtaining additional information from plaintiff, defendant acknowledges that remand is appropriate because it cannot establish a likelihood that the amount in controversy exceeds.

The Clerk of Court is therefore directed to remand this matter to King County Superior Court.

Dated this 23rd day of March, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER OF REMAND